**Order entered April 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00267-CR

**JAMES SHELLY TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F18-30705-I**

## ORDER

The clerk's record in this appeal was filed on April 7, 2022. The 216-page clerk's record is not in chronological order as mandated by the rules of appellate procedure. *See* TEX. R. APP. P. 34.5(a); app. C (Rule 1 of Appendix C to the Texas Rules of Appellate Procedure provides that the trial court clerk must "(d) arrange the documents in ascending chronological order, by date of filing or occurrence." ).

We **STRIKE** the clerk's record and **ORDER** Dallas County District Clerk Felicia Pitre to file a corrected clerk's record in proper chronological order **WITHIN TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; to Kristin Brown; and to the Dallas County District Attorney's Office, Appellate Division.

/s/　　ROBERT D. BURNS, III
　　　　CHIEF JUSTICE